IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: Erica T. Cassell
Aaron B. Cassell, Sr.

Debtor(s)

Case No. 24-13605-MMH
Chapter 13

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

☐ A. This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

☐ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

☑ C. ALL OTHER PLANS: This is to certify that on __7/23/24__, I caused the Chapter 13 Plan ☑ filed herewith / ☐ filed on _____, to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan*.

☐ I caused the Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served

_____
Name of Creditor

_____   _____
Name served                       Capacity (Resident Agent, Officer, etc.)

_____
Address

_____
City, State, ZIP

Method of Service: _____

Date Served: _____

**AND** Select A or B:

A. ☐ A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I

Local Bankruptcy Form M-1

also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

  B.  ☐ No proof of claim has been filed for the lien or claim at issue.

3.  ☐ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. ***This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.***

  ☐ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: 7/23/2024

                    /s/ Eric S. Steiner
                     Debtor, Counsel for Debtor, or other Person effecting service

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 24-13605<br>District of Maryland<br>Baltimore<br>Tue Jul 23 14:43:38 EDT 2024 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Nikita Rajendra Joshi<br>BWW Law Group, LLC<br>6003 Executive Blvd.<br>Suite 101<br>Rockville, MD 20852-3813 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M&T BANK<br>PO BOX 1508<br>Buffalo NY 14240-1508 |
| OneMain Financial Group, LLC<br>PO Box 3251<br>Evansville, IN 47731-3251 | Planet Home Lending, LLC<br>c/o BWW Law Group, LLC<br>6003 Executive Blvd., Suite 101<br>Rockville, MD 20852-3813 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for Mercury<br>Financial/First Bank & Trust PO Box 788<br>Kirkland, WA 98083-0788 | (p)SECURITYPLUS FEDERAL CREDIT UNION<br>7135 WINDSOR BOULEVARD<br>BALTIMORE MD 21244-2706 |
| State Employees Credit Union<br>P.O.Box 2070<br>Glen Burnie, MD 21060-2070 | U.S. Small Business Administration (SBA)<br>c/o Casey Sieck<br>10 Causeway Street, Rm. 265<br>Boston, MA 02222-1093 | (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 |
| TD Bank, N.A.<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | | |