# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In Re:<br><br>Erica T. Cassell<br>Aaron B. Cassell<br>          *Debtors* | Case No.: 24-13605-MMH<br>Chapter 13 |

## MOTION FOR DIRECT PAYMENT OF CHAPTER 13 PLAN PAYMENTS AND TO WAIVE WAGE ORDER

Erica T. Cassell and Aaron B. Cassell, Debtors, by and through undersigned counsel, Eric S. Steiner, request that this Honorable Court grant an Order allowing the Debtors to make the Chapter 13 plan payments directly to the Chapter 13 Trustee and to waive a wage order, and in support thereof, state:

1. On April 29, 2024 (the "Petition Date"), the Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code, commencing in this Court in Case No. 24-13605.

2. Rebecca A. Herr was appointed Chapter 13 trustee in this matter.

3. The Debtors wish to pay the trustee directly.

WHEREFORE, Erica T. Cassell and Aaron B. Cassell, Debtors, request that this Honorable Court grant an Order allowing the Chapter 13 plan payments to be paid directly to the trustee and to waive a wage order.

Respectfully submitted

*/s/ Eric S. Steiner*
Eric S. Steiner, Esquire
Federal Bar No. 28705
eric@steinerlawgroup.com
**STEINER LAW GROUP, LLC**
PO Box 17598, PMB 83805
Baltimore, Maryland 21297-1598
(410) 670-7060 (phone)
(410) 834-1743 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of July 2024, a copy of the foregoing was served by the Court's CM/ECF system to:

Rebecca A. Herr
*Chapter 13 Trustee*

/s/ *Eric S. Steiner*
Eric S. Steiner