UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:
**ERICA T. CASSELL**
**AARON B. CASSELL, SR.**

Case No. **24-13605-MMH**
Chapter 13

Debtors

## ORDER GRANTING DEBTORS' MOTION TO WAIVE WAGE ORDER

Upon consideration of the Motion by Debtors to allow direct plan payment to the Chapter 13 Trustee, the Trustee's response having been considered, and after opportunity for a hearing, and good cause having been shown, it is, by the United States Bankruptcy Court for the District Of Maryland,

**ORDERED**, that the Debtors' Motion is hereby granted with the condition that upon the failure of the Debtors to make one month's plan payment, the Debtors immediately waives the right to make direct payments and the Trustee is authorized to submit a wage order to the Court without further motion or hearing.

cc:   ERICA T. CASSELL
      AARON B. CASSELL, SR.
      3230 KELOX ROAD
      GWYNN OAK, MD  21207
      *Debtors*

      ERIC S STEINER, ESQUIRE
      PO BOX 17598
      BALTIMORE, MD  21297
      *Attorney for Debtors*

REBECCA A. HERR
*Chapter 13 Trustee*
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401