Entered: July 31st, 2024
Signed: July 30th, 2024
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:
**ERICA T. CASSELL**
**AARON B. CASSELL, SR.**

       Debtors

Case No. **24-13605-MMH**
Chapter 13

## ORDER GRANTING DEBTORS' MOTION TO WAIVE WAGE ORDER

    Upon consideration of the Motion by Debtors to allow direct plan payment to the Chapter 13 Trustee, the Trustee's response having been considered, and after opportunity for a hearing, and good cause having been shown, it is, by the United States Bankruptcy Court for the District Of Maryland,

    **ORDERED**, that the Debtors' Motion is hereby granted with the condition that upon the failure of the Debtors to make one month's plan payment, the Debtors immediately waives the right to make direct payments and the Trustee is authorized to submit a wage order to the Court without further motion or hearing.

cc:    ERICA T. CASSELL
        AARON B. CASSELL, SR.
        3230 KELOX ROAD
        GWYNN OAK, MD  21207
        *Debtors*

        ERIC S STEINER, ESQUIRE
        PO BOX 17598
        BALTIMORE, MD  21297
        *Attorney for Debtors*

REBECCA A. HERR
*Chapter 13 Trustee*
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401